UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: LaTanya Delphine Patrick  CASE NO: 14-11203
CHAPTER: 13

## EX PARTE MOTION TO WITHDRAW PLAN

NOW INTO COURT, through undersigned counsel comes the debtors, who respectfully requests as follows:

1.

A Plan, docket numbers 31, was filed by debtor's attorney on September 25, 2014 in the above entitled and numbered case.

2.

Debtor's attorney desires to withdraw the above Plan.

Wherefore, debtor's attorney asks that the Plan be withdrawn in the above entitled and numbered case.

Respectfully submitted on thi sSeptember 26, 2014.

GLAY H. COLLIER, II, LLC.

/s/ Glay H. Collier, II
By: Glay H. Collier, II Member (#18578)
920 Pierremont Suite 511
Shreveport, LA 71106
Telephone (318) 861-6866
Facsimile: (318) 861-6799